IN RE YOW

No. 144 PC.

Case below: 40 N.C. App. 688.

Petition for discretionary review under G.S. 7A-31 denied 12 July 1979.

JENKINS v. FALCONER

No. 138 PC.

Case below: 40 N.C. App. 771.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 June 1979.

JOHNSON v. LOCKMAN

No. 186 PC.

Case below: 41 N.C. App. 54.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 June 1979.

KELLER v. OWEN

No. 158 PC.

Case below: 41 N.C. App. 191.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 July 1979.

LACKEY v. COOKE

No. 145 PC.

Case below: 40 N.C. App. 522.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 July 1979.